FROM:

Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896



TO:

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord N.H. 03301

Utility Mailer
10 1/2" x 16"

ReadyP