```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>Josephine Amatucci</u>

    v.                                  Case No. 22-cv-339-JL-AJ

<u>Dennis P. O'Connor</u>

<u>ORDER</u>

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 17, 2023.

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: September 6, 2023

cc:   Josephine Amatucci, pro se